UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA PLANTE,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No.: 2:18-cv-06737-PA (GJSx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** |

# **O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each is side to bear their own attorney fees and costs, this matter is hereby dismissed *without* prejudice.

**IT IS SO ORDERED.**

Dated: November 02, 2018      _____
                                                   HONORABLE PERCY ANDERSON
                                                   UNITED STATES DISTRICT JUDGE